**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**WALTER DEAR**                                                        **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 2:10CV00164-WAP-JMV**

**PANOLA COUNTY, MISSISSIPPI, ET AL.**                            **DEFENDANT**

**ORDER**

Before the court is the parties' *ore tenus* motion to amend the scheduling order in this case. The court has considered the parties' request and the record and finds the motion is well-taken.

**THEREFORE**, the motion is **GRANTED**, and the scheduling order deadlines are amended as follows:

    Plaintiff's expert deadline:         August 29, 2011
    Defendants' expert deadline:     September 26, 2011
    Discovery deadline:               October 17, 2011
    Motions deadline:                 October 31, 2011

This, the 2nd day of August, 2011.

                                                                                  /s/Jane M. Virden
                                                                      UNITED STATES MAGISTRATE JUDGE