**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**WALTER DEAR**                                               **PLAINTIFF**

**VS.**                                         **CAUSE NO. 2:10-cv-164-P-S**

**PANOLA COUNTY, MISSISSIPPI;**             **DEFENDANTS**
**JAIL ADMINISTRATOR, BOBBY MEEK, in his
Individual Capacity**

## AGREED ORDER

This matter is before the court on the unopposed joint motion for continuance to extend scheduling order deadlines. Trial in this case has been reset for February 11, 2013 (Doc. 37). After considering the motion, the Court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the following case management deadlines are extended as follows:

> Plaintiff's expert deadline: July 2, 2012;
> Defendants' expert deadline: August 1, 2012;
> Discovery deadline: August 22, 2012;
> Motion for joinder of parties or amendments: May 1, 2012; and
> Motions deadline other than motion in limine: September 6, 2012.

SO ORDERED, this the 2nd day of February, 2012.

                                                   /s/ Jane M. Virden
                                                   U. S. Magistrate Judge

AGREED:

/s/ Philip A. Stroud_____
Philip A. Stroud (MSB #99401)
THE STROUD LAW FIRM, PC
5779 Getwell Rd., Suite C-1
Southaven, MS 38672
(662) 536-5656
philip@stroudlawyers.com


/s/ Ronald L. Lewis_____
Ronald W. Lewis (MSB #1242)
2621 West Oxford Loop, Suite C
Oxford, MS 38655
662-234-0766
ron@ronlewislaw.com


ATTORNEYS FOR PLAINTIFF


/s/ Daniel J. Griffith_____
Daniel J. Griffith
GRIFFITH & GRIFFITH
123 South Court St.
Cleveland, MS 38732
danny@griffithlaw.net


ATTORNEY FOR DEFENDANTS