**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**


**WALTER DEAR**                                                                **PLAINTIFF**


**VS.**                                                        **CAUSE NO. 2:10-cv-164-P-S**


**PANOLA COUNTY, MISSISSIPPI;**                                **DEFENDANTS**
**JAIL ADMINISTRATOR, BOBBY MEEK, in his**
**Individual Capacity**


## AGREED ORDER


This matter is before the court on the unopposed joint motion for continuance to extend

scheduling order deadlines.  Trial in this case has been reset for February 11, 2013 (Doc. 37).

After considering the motion, the Court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the following case management deadlines are

extended as follows:

> Plaintiff's expert deadline: July 2, 2012;
> Defendants' expert deadline:  August 1, 2012;
> Discovery deadline:  August 22, 2012;
> Motion for joinder of parties or amendments:  May 1, 2012; and
> Motions deadline other than motion in limine:  September 6, 2012.


SO ORDERED, this the 2nd day of February, 2012.



> /s/ Jane M. Virden
> U. S. Magistrate Judge

AGREED:


/s/ Philip A. Stroud_____
Philip A. Stroud (MSB #99401)
THE STROUD LAW FIRM, PC
5779 Getwell Rd., Suite C-1
Southaven, MS 38672
(662) 536-5656
philip@stroudlawyers.com


/s/ Ronald L. Lewis_____
Ronald W. Lewis (MSB #1242)
2621 West Oxford Loop, Suite C
Oxford, MS 38655
662-234-0766
ron@ronlewislaw.com


ATTORNEYS FOR PLAINTIFF


/s/ Daniel J. Griffith_____
Daniel J. Griffith
GRIFFITH & GRIFFITH
123 South Court St.
Cleveland, MS  38732
danny@griffithlaw.net


ATTORNEY FOR DEFENDANTS